

| HON. SYLVIA O. HINDS-RADIX | | GREGORY ACCARINO |
|---|---|---|
| *Corporation Counsel* | | *Senior Counsel* |
| | | phone: (212) 356-1945 |
| | | gaccari@law.nyc.gov |

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

October 20, 2023

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Nathan Mercado, et al. v. City of New York, et al.</u>
              22 Civ. 9462 (NRB)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendant City of New York and Lieutenant Michael Bletcher (hereinafter "defendants") in the above-referenced matter. The parties jointly write to respectfully submit a proposed briefing schedule for the defendants' motion to dismiss, in accordance with the October 13, 2023 Court Order. <u>See</u> ECF No. 23, Order, October 13, 2023.

| Motion Deadline | Date |
|---|---|
| Deadline for Defendants' Motion to Dismiss | November 17, 2023 |
| Deadline for Plaintiff's Opposition | December 15, 2023 |
| Deadline for Defendants' Reply | January 5, 2023 |

The parties thank the Court for its consideration herein.

                                  Respectfully submitted,

                                  */s/ Gregory J.O. Accarino*
                                  Gregory J.O. Accarino
                                  *Senior Counsel*
                                  Special Federal Litigation Division

cc:    **By ECF**
      Rose A. Rossi, Esq.
      *Attorney for Plaintiff*

```
Application granted.
So ordered.
                                NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE
Dated:   October 23, 2023
         New York, New York
```