**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
NATHAN MERCADO and JAEL MEADE,

                        Plaintiff,

      -against-                                  22 **CIVIL** 9462 (NRB)

                                                             **JUDGMENT**

THE CITY OF NEW YORK and P.O. "JOHN"
BLETCHER, the first name being fictitious as same is
unknown, Shield No. 3912,

                        Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated June 26, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 26, 2024

                                                                     **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**

                                        **BY**
                                                                 **Deputy Clerk**